40000 1057

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2023 JUN 30 PM 1:18

DEPUTY CLERK MW

***IN THE FEDERAL COURT OF***

***FORT WORTH TEXAS***

***IN***

***TARRANT COUNTY***

4-23CV-683-O

***Reverend James Murry***

***Lakeshia Rashawn Edmond***

***Jordyn Phenice Edmond***

***Brad F. Jones***

***Special Agent Derrick Edmond***

***Kay Bailey Hutchinson***

***Rick Perry***

***Jimmie Carter***

***Michael Pompeii Sr.***

***Jeff Sessions Sr.***

***Reverend Charles Hellom Sr.***

***Kelvin Sims***

***Prime Minister Vladimir Putin of Russia***

***Plaintiff (s)***

***Waddell Serafino***

***Dallas Child Support Division Office***

***Pegasus Residential LLC***

***Comerica Bank***

***Balfour Beatty LLC it's subsidies and financial institutions DBA, The Divide at Chenal***

***Tarrant County Constable Office***

***Walmart***

***Dallas Sewell Buick GMC***
***Aimbridge Hospitality its subsidies and financial institutions***

***US Department of Treasury***

***AT&T it's subsidies and financial institutions***

***Tammie Michelle Edmond***

***Rita Diane Edmond***

***Kendra Scott***

***Tonya Akers***

***Lawanda Joyce Edmond***

***Herman B. Jones***

***William Dennis***

***Defendant(s )***

---

***Summary***

***Comes now Plaintiff, Lakeshia Rashawn Edmond files pro-se regarding the matter of the negligence of the Defendants, Waddell Serafino for not adhering to petition regarding the matter of representing the original Defendant's Tarrant County Constable Office Manager Smile Nau regarding Junction Crossing its subsidies and financial institutions.***

***Plaintiff Lakeshia Edmond files that the Defendant's, Waddell Serafino are to give her monies in the amount of $5790 as well that the law firm is to ensure past due Child support is placed on current assigned card by Texas Attorney General Office which is in the amount of $ 23,160 and an additional $250,000 which all Plaintiffs listed are to receive $10,000 because of the negligence of the law firm and three percent of the monies for the initiation party, Lakeshia Rashawn Edmond .*** Attorney's and all Defendants must LSC

***This monies is both from the law firm and the Dallas Child Support Division Office.***

***All Pegasus Residential LLC it's subsidies and financial institutions are to be placed back as***

Waddell Serafino no one else.
Reverend James Murry presiding.

*the original filed petition in 2019, where there 999 properties which will be instituted by Castle Rock Investment Group owner Brad F. Jones and reads Lakeshia Rashawn Edmond as CEO and owner, Lindy Ware as President and so forth set by Brad F. Jones to include Olympus Property, Breap LLC, IHG Hotel Brand, Amli Residential, and other set forth by Plaintiff.*

*Plaintiff Lakeshia Edmond files that she is suing for child support from the Dallas Child Support Division Office in the amount of $25,000 a month and also in the matter of the petition DC-2304259 regarding the matter of five million dollars where the Plaintiffs are to receive six percent from the five million dollars which includes Richard Carter, Jeff Sessions, Michael Pompeii Sr, former President Jimmie Carter which includes Plaintiffs and parties mentioned in this suit a one million dollar check for their negligence in the matter of DC 2304258, which Plaintiffs and parties are waiting for the Plaintiff Lakeshia Rashawn Edmond to leave the Downtown Fort Worth homeless shelter.*

*Plaintiff Lakeshia Edmond files that she is also suing for the following, Balfour Beatty LLC it's subsidies and financial institutions which was Beztek Management and ownership should be immediately that of Lakeshia Rashawn Edmond and Brad F. Jones of Sovereign Tax ID 27- 0829191 and Castle Rock Investment Group.*
*Lakeshia Edmond files that she is responsible for the management of the property and that Mr. Jones is responsible for the development of the property Balfour Beatty LLC it's subsidies and financial institutions and that will be placed in their name as well as the matter of the financial institution will be placed under the Sovereign Tax ID 27-0829191 as well as all legal matters.*

*In the matter of the Writ of Possession for Junction Crossing and it's subsidies and financial institutions, Derrick Edmond and all other Writs of Possession for Lakeshia Rashawn Edmond files that the Defendant's Waddell Serafino, shall have seventy-two business days to place in the name of Plaintiff Lakeshia Edmond and Brad F Jones.*

*This petition also includes the matter of the new development of the Jefferson County, Pine Bluff Arkansas and Pulaski County YMCA franchise which will be funded by Comerica Bank.*

*At this time the YMCA has plans for the new development YMCA for former President Jimmie Carter, former President William Jefferson Clinton, Governor Asa Hutchinson, Kay Bailey Hutchinson YMCA, Dwight D. Eisenhower YMCA.*

*Plaintiff Lakeshia Edmond files that she is also suing for the matter of her pending lease as well as that she is requesting that she would immediately be given a 2bdrm 2bth unit as well that she is states in this petition permanently and that she is the property manager as well as owner.*

*The matter of providing a social security number is not needed for the leasing of her apartment.*

*The money for the $200 will be refunded as well as that she is to live rent free and daughter Jordyn Phenice Edmond is also able to live in the apartment and attend any college of her choice.*

*Jordyn Phenice Edmond is to receive $10,000 a month of child support until thirty-three years of age and that Plaintiff Lakeshia Edmond files that her child support is permanent and will not be terminated.*

*Plaintiff Lakeshia Edmond files that she is also suing for the matter of attending Jefferson County Pine Bluff Arkansas Memorial Hospital as Registered Nurse and that financial aid is no longer suspended and to receive a $10,000 a month stipend.*

*Plaintiff Lakeshia Edmond files that the matter of DC-2304259 is also awarded, as well as Tarrant County Federal Court Case 4-23cv-464-y, 4-23cv-521-0 and all matters of the petition.*

*Plaintiff Lakeshia Edmond files that she is also seeking punitive damages for all monies spent and attaches Bank statements and that Plaintiffs as well as parties mentioned in this suit will also receive credit from the law firm within twenty-four hours upon the completion of service.*

*Plaintiff Lakeshia Edmond files that she is seeking relief from her 2022 tax return in the amount of $28,542 without providing proof to the IRS regarding the matter of the Plaintiff's W-2s and all others.*

*This is coordinated by Derrick Edmond.*

*Plaintiff Lakeshia Edmond files that she is seeking relief from the matter of Pulaski Circuit Court case, 60-CV-18-2642 60-cv-18-2643, as well as the matter of 60 cv 20 7198, as well as Tarrant County District Court cause number 067-332970-22, 096-33296922, 342-332811-22 and several other cases in the Tarrant County District Courts as well as upon the completion of service, Derrick Edmond will remove vexatious litigant from his relative name as well as erase criminal record and remove her finger prints from the State of Arkansas, Texas as well as that any violations in any state are removed.*

*Plaintiff Lakeshia Edmond files the matter of the monetary damages from DC-2304258, she is seeking relief in the amount of 999,999,099.99 in cash to be picked up at the Dallas FBI Office on Wednesday the 5th before 3:00 PM.*

*In the matter of the pro-se filing fees for in forma pauperis, the Plaintiff Lakeshia Edmond files that the Defendant's, Waddell Serafino are responsible for the fees set by Federal Agent, Derrick Edmond as well as all other matters of negligence that are found by the Plaintiff for the Defendant's negligence.*

*Smile Nau, Tarrant County Constable Office Manager, is to contact Plaintiff Lakeshia Rashawn Edmond upon the completion of service to schedule on the 5th of July, 2023 at 9:00*

*AM to meet previous Constable Officer at the WoodForest National Bank location of 8520 North Beach Street, Keller Texas 76248 per Writ of Possession attached in this federal petition.*

*Smile Nau is to also prepare the matter of the Writ of Garnishment, and Execution for the WoodForest National Bank and Special Agent Derrick Edmond to sign off on Writs and Special Agent Derrick Edmond, will file in the Tarrant County Federal Court and Tarrant County District Court.*

*Plaintiff Lakeshia Edmond files that her relative Derrick Edmond, Special Agent for the Department of Justice FBI, is to have all of her paperwork signed off by her relative.*

*Plaintiff Lakeshia Edmond files that she is to approximately at 9:15 AM to take possession of the property located at 8520 North Beach Street, Keller Texas as well as the matter of the Walmart Supercenter which is requested that the Tarrant County Constable Office Manager is to prepare a Writ of Possession, Garnishment and Execution for the Walmart located at 8520 North Beach Street Fort Worth Texas and corporate entity located in Bentonville Arkansas.*

*Plaintiff Lakeshia Edmond files that she is no longer held liable for fees owed.*

*Plaintiff Lakeshia Edmond files that she is now legally entitled to have any all sums of monies.*
*Tarrant County Constable Office Manager Smile Nau, is to prepare Writ of Possession for Comerica Bank located in Sundance Square and, Plaintiff Lakeshia Edmond files that as well as other Plaintiffs are to be at the branch located in Fort Worth Texas on the 5th, 6th, 7th of July 2023 at 9:30 AM to take possession of $1,000,000.00.*

*Plaintiff Lakeshia Edmond files that she is suing also for the matter of vehicle stock number 5186129 and purchases the vehicle for $1.00 and attaches evidence to the courts.*

*No matter if the suit may be contested as well as the matter of the copy of the original petition from DC-2304258 is attached and all other exhibits have been attached.*

*In the matter of AT&T Corporate Telecommunications it's subsidies and financial institutions The Downtown Fort Worth Texas, location is to mail parties being Plaintiffs checks for 1,099,000.00 and attaches pro se Writ of Possession, Garnishment and Execution for Derrick Edmond, to be signed off by the Special Agent.*

*Plaintiff Lakeshia Edmond files her own Writ of Possession, Garnishment and Execution for the matter of her vehicle, as well as the matter of the Balfour Beatty LLC it's subsidies and financial institutions DBA The Divide at Chenal, Thrive Argenta its subsidies and financial institutions, Vesta Realty and the matter of The Park Avenue Loft Apartments it's subsidies and financial institutions as Pegasus Residential LLC.*

*Should Kendra Scott, and others from the State of California, Texas or Arkansas as well as other countries interfere with the suit as well as the matter of sexual assault against the Plaintiffs, then those found guilty of the matter being on video surveillance cameras, or any*

*Plaintiff LaKeshia Edmond files that in the matter of Writ of Possession for Staybridge Suites and Hotel Fossil Creek case number 311037 cause number 60-cv-18-2642, that Smile Nau upon the completion of service is contact LaKeshia Edmond and arrange on Tuesday the 3rd of July or the 5th of July 2023 before 5:00 PM to take possession of the hotel and that all other Writs of Possession from Tarrant County Constable Office Manager are to be arranged by Special Agent Derrick Edmond as well as LaKeshia Edmond.*

*The new office sign will read Owned by Sovereign, LaKeshia Edmond and Operated by Castle Rock Investment Group, Brad F. Jones throughout the US and Internationally.*

*Manager on Duty, TBA.*

***Plaintiff, LaKeshia Edmond files that the SMIOne card is to have $1,000,0000,000.00 upon the completion of service due to the matter of the negligence of the Waddell Searfino law firm and all Plaintiffs listed.***

*In closing , Plaintiff, Lakeshia Edmond files that the matter for Special Agent Derrick Edmond, former Senator Kay Bailey Hutchinson, Governor Asa Hutchinson, District Attorney Leslie Rutledge is that the law firm, Waddell Serafino per the copy of the original petition is that the Defendant's Waddell Serafino were not to represent Smile Nau, DC-2304258 as well as regarding the matter of the Walmart its subsidies and its criminal trespassing charge, regarding the Plaintiff being given a criminal trespassing charge, is false and fraudulent as seen by Special Agent Derrick Edmond, her witness and relative as well as Homeland Security that the Plaintiff, Lakeshia Edmond did not steal from the retail grocery store and that the matter of Walmart Retail Grocery is awarded to the Plaintiff, Lakeshia Edmond.*

Plaintiff Lakeshia Edmond files pro-se in federal court without being contested that with this petition being filed able to take possession of vehicle and will request that Waddell ~~Serintino~~ Serafino law firm are to file Writ of Possession, garnishment, and execution. Striking Lakeshia, self precious remarks of filing. Exhibits and Evidence might be Obtainted from court or Special Authority

Edmond.

*elude sexual content or offensive matter of sexual harassment shall be given 999 day federal sentence.*

*Plaintiff Lakeshia Edmond files that she is to take possession of her vehicle and apartment unit and requesting that the service completion is done by the State of Arkansas, signed, awarded, completed, and executed by Special Agent Derrick Edmond filed in the State of Texas and Arkansas.*

*Federal case 4-23cv-521-0 is to be immediately reopened by Special Agent Derrick Edmond and Lakeshia Edmond without fees and files the attached petition to the federal suit 4-23cv 521-0.*

*Aimbridge Hospitality, its subsidies and financial institutions as the corporate entity, is to credit the matter of the debit card on file for $1,000,000.00 for all Plaintiffs within twenty-four hours upon service completion.*

*All matters of monies are to be awarded within 8 hours of service completion or twenty-four hour business day before 2:00 C.S.T.*

*All monies should be immediately awarded and posted by Wednesday with Writ of Possession, Garnishment and Execution attached and filed.*
*Rita Diane Edmond Tammie Edmond, Herman B Jones, Lawanda Joyce Edmond are not entitled as well as William Red Dennis and Plaintiff LaKeshia Edmond requesting that upon the completion of service that the Defendant's listed are to be prosecuted and federally to include Elizabeth Carter, Ms. Sessions, Tonya Akers, as well as Ms. Pompei as well as all others*

*Wherefore we prayerfully submit this Motion for Summary Judgement within twenty-four hours upon the completion of service.*

*Regards,*

*Lakeshia Rashawn Edmond*

*4364 Western Center Blvd*

*PMB 1261*

*Fort Worth Texas 76137*

*Lakeshiaedmond77@gmail.com*

*501 716 0014*

DC 23-04258

IN THE DALLAS DISTRICT COURTS

OF DALLAS, TEXAS

B-44th

FILED 2023 APR -4 PM 12:21 FELICIA PITRE DISTRICT CLERK DALLAS CO., TEXAS Stephanie Clark

**LaKeshia R. Edmond**

**Plaintiff**

**Vs.**

**Smile Na**

**Tarrant County Constable Office**

**Junction Crossing**

**Pegasus Residential its subsidies and financial institutions**

**RPM Living its subsidies and financial institutions**

**Foulger-Pratt Management, INC its subsidies and financial institutions**

**Keller Williams Reality 2317 Brenda Lane Keller, Texas 76248**

**Defendants**

**Petiton**

Comes now, Plaintiff, LaKeshia R. Edmond pro-se regarding the matter of service with the Writ of Possession, that was executed by Tarrant County Constable Office and the Office Manager Smile Na.

Miss Edmond the relative of Derrick Edmond Federal Agent of the US Department of Justice, files suit against the Tarrant County Constable Office and the Office Manager, Smile Na for being neglienct in the matter of not contacting Ms. Edmond and why she has not been successful in taking possesssion of the property as well as as when in 2019 that a Writ of Possession, Garnishment and Execution were all served by the Tarrant County Constable Office.

Miss Edmond who currently resides at the Presbyterian Night Shelter, where evidence attached with bed bugs, doesnt understand why the Constable Manager sent back the money orders regarding trying to get service done.

Ms. Na who returned the money orders for unknown reasons but Miss Edmond who still holds the Writ of Possession states that because she not contacted in the last four years regarding any balance owed as well as that needing a judge's signature as well as that the website of the property has changed and that Miss Edmond thw Writ of Possession holder was not notifed by Junction Crossing, Pegasus Residential, RPM Living, Foulger-Pratt Management, INC nor the Tarrant County Constable Office.

Miss Edmond files suit against the Tarrant County Constable Office and is suing for One Hundred Fifty-Million dollars in its neglience in this matter and cannot be contested and thus requests that all service completion would be executed again with the same Writs as well as that Miss Edmond would receive a phone call regarding the service completion as well as that taking full ownership of the property and that the Tarrant County Constable Office Manager would ensure that the website read correctly stating, Pegasus Residential .

Miss Edmond also states that has enclosed a money order for $1.00 to purchase the Keller Williams property located at 2317 Brenda Lane, Keller Texas.

Also stating that the Writ of Possession, Garnishment and Execution are to all be done within a urgent time frame and that the matter of completion of service is critical thus including contacting the parties involved.

Smile Na, and Tarrant County Constable Office, were neglient in this matter and thus a matter of a judge's signature and other matters are now voided as well as legal counsel for the Tarrant County and all other parties are forfeited.

The email that was sent to the Tarrant County Constable Office Manager is not apart of this suit but will be brought up in the State of Arkansas under her jurisdiction.

Miss Edmond who attaches the Writ of Possession ~~and all other documents as to why the money orders were returned.~~

Also Miss Edmond wants to know why Smile Na, you are harrassing me and trying to intimadate me.

Derrick Edmond Federal Agent is awaiting for me to press charges against you.

In this petition states that Smile Na, has three days to please answer one of the emails except for the one that is dated 04/04/2023.

Miss Edmond states that she has attached emails.

Also ask please ask Dak Prescott about his comments.

Also about Stavie Thomas and why he keeps trying to think he has authority and that requests that Derrick Edmond upon the completion upon the completion of filing would arrest Stavie Thomas and his spouse and others.

Wherefore we prayerfully submit Motion for Summary Judgment

Regards,

LaKeshia R. Edmond

11504 Gloriosa Drive

Fort Worth, Texas 76244

5017160014

Lakeshiaedmond77@gmail.com

FILED
5/8/2023 4:28 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Brandon Keys DEPUTY

WADDELL | SERAFINO
GEARY ■ RECHNER ■ JENEVEIN

1717 Main Street | 25th Floor | Dallas, Texas 75201
Main 214.979.7400 | Fax 214.979.7402

SCOTT HAYES
SHAYES@WSLAWPC.COM

DIRECT DIAL: (214) 979-7430
FIRM FAX: (214) 979-7402
WWW.WSLAWPC.COM

May 8, 2023

***Via E-File***
Dallas County District Clerk
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 103
Dallas, TX 75202

Re: DC-23-04258; *Lakeshia R. Edmond vs. Smile Na, Tarrant County Constable Office, Junction Crossing; Pegasus Residential, RPM Living, Foulger-Pratt Management, Inc., Keller Williams Realty, 2317 Brenda Lane, Keller, TX 76248*
**NOTICE OF FILING OF SUIT BY A VEXATIOUS LITIGANT**

Dear Clerk:

I represent Comerica Bank, which has been sued in the above matter. I write this letter to you pursuant to Texas Civil Practice and Remedies Code, Chapter 11, titled "Vexatious Litigants."

Attached is a copy of an Order entered on June 9, 2022, in the lawsuit styled *Lakeshia Edmond v. BREAP, et al.*, Cause No. 342-332811-22, Tarrant County, Texas. The Order is entitled "Order Granting Defendant BREP Beach LP's Motion to Designate [Lakeshia Edmond] as a Vexatious Litigant," and includes:

> It is Further Ordered, Adjudged and Decreed that Lakeshia Edmond is prohibited from filing, *pro se*, any new litigation in a Texas State District Court without permission of the appropriate local administrative judge as described by Texas Civil Practice & Remedies Code Section 11.102(a).

I am not aware that Lakeshia Edmond has obtained permission of the Local Administrative Judge to file this present Lawsuit in Dallas County.

Section 11.1035 of the Texas Civil Practices and Remedies Code provides:

> MISTAKEN FILING:
> (a) If the clerk mistakenly files litigation presented, pro se, by a vexatious litigant subject to a prefiling order under Section 11.101 without an order from the appropriate local administrative judge described by Section 11.102(a), any party

EXHIBIT
2

may file with the clerk and serve on the plaintiff and the other parties to the litigation a notice stating that the plaintiff is a vexatious litigant required to obtain permission under Section 11.102 to file litigation.

(b) Not later than the next business day after the date the clerk receives notice that a vexatious litigant subject to a prefiling order under Section 11.101 has filed, pro se, litigation without obtaining an order from the appropriate local administrative judge described by Section 11.102 (a), the clerk shall notify the court that the litigation was mistakenly filed. On receiving notice from the clerk, the court shall immediately stay the litigation and shall dismiss the litigation unless the plaintiff, not later than the 10th day after the date the notice is filed, obtains an order from the appropriate local administrative judge described by Section 11.102 (a) permitting the filing of the litigation.

If questions, let me know.

Sincerely,

Scott Hayes

cc: Stephen A. Lund
*salund@tarrantcountytx.gov*

Hannah L. Bell
*hlbell@tarrantcountytx.gov*

44th District Court

LaKeshia Edmond
*Lakeshiaedmond77@gmail.com*

342-332811-22

FILED
TARRANT COUNTY
6/9/2022 9:02 AM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 342-332811-22**

| | | |
|---|---|---|
| **LAKESHIA EDMOND** *Plaintiff,* | § | **IN THE DISTRICT COURT OF** |
| | § | |
| vs. | § | **342nd JUDICIAL DISTRICT** |
| | § | |
| **BREAP LLC, ET AL,** *Defendants.* | § | **TARRANT COUNTY, TEXAS** |

FILED TARRANT COUNTY 2022 JUN -9 PM 1: THOMAS A. WILDER DISTRICT CLERK

**ORDER GRANTING DEFENDANT BREP BEACH LP'S MOTION TO DESIGNATE PLAINTIFF AS A VEXATIOUS LITIGANT**

Upon consideration of Defendant BREP Beach LP's ("BREP") Motion to Designate Plaintiff as Vexatious Litigant and to Require Posting of Security, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant BREP's Motion to Designate Plaintiff as Vexatious Litigant and to Require Posting of Security is hereby GRANTED

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is hereby designated as a vexatious litigant under Tex. Civ. Prac. & Rem. Code § 11.054.

~~IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff furnish security in the amount of __________ within 10 days of the date of the hearing on this Motion.~~

~~IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this lawsuit shall be dismissed if Plaintiff fails to post the aforementioned security within 10 days of the date of the hearing on this Motion.~~

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Lakeisha Edmond is prohibited from filing, pro se, any new litigation in a Texas State District Court without permission of the appropriate local administrative judge as described by Texas Civil Practice & Remedies Code Section 11.102(a).

Signed the 9 day of June, 2022.

Presiding Judge

342-332811-22

FILED
TARRANT COUNTY
6/9/2022 9:02 AM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 342-332811-22**

| | | |
|---|---|---|
| **LAKESHIA EDMOND** *Plaintiff,* | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **342nd JUDICIAL DISTRICT** |
| | § | |
| **BREAP LLC, ET AL,** *Defendants.* | § | **TARRANT COUNTY, TEXAS** |

FILED TARRANT COUNTY
2022 JUN -9 PM 3:16
THOMAS A. WILDER DISTRICT CLERK

**ORDER GRANTING DEFENDANT BREP BEACH LP'S MOTION TO DESIGNATE PLAINTIFF AS A VEXATIOUS LITIGANT**

Upon consideration of Defendant BREP Beach LP's ("BREP") Motion to Designate Plaintiff as Vexatious Litigant and to Require Posting of Security, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant BREP's Motion to Designate Plaintiff as Vexatious Litigant and to Require Posting of Security is hereby GRANTED

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is hereby designated as a vexatious litigant under Tex. Civ. Prac. & Rem. Code § 11.054.

~~IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff furnish security in the amount of __________ within 10 days of the date of the hearing on this Motion.~~

~~IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this lawsuit shall be dismissed if Plaintiff fails to post the aforementioned security within 10 days of the date of the hearing on this Motion.~~

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Lakeisha Edmond is prohibited from filing, pro se, any new litigation in a Texas State District Court without permission of the appropriate local administrative judge as described by Texas Civil Practice & Remedies Code Section 11.102(a).



Signed the 9 day of June, 2022.

______________________
Presiding Judge

342-332811-22

FILED
TARRANT COUNTY
6/9/2022 9:02 AM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 342-332811-22**

| | | |
|---|---|---|
| **LAKESHIA EDMOND** *Plaintiff,* | § | **IN THE DISTRICT COURT OF** |
| vs. | § | **342nd JUDICIAL DISTRICT** |
| **BREAP LLC, ET AL,** *Defendants.* | § | **TARRANT COUNTY, TEXAS** |

FILED
TARRANT COUNTY
2022 JUN -9 PM 3:1
THOMAS A. WILDER
DISTRICT CLERK

**ORDER GRANTING DEFENDANT BREP BEACH LP'S MOTION TO DESIGNATE PLAINTIFF AS A VEXATIOUS LITIGANT**

Upon consideration of Defendant BREP Beach LP's ("BREP") Motion to Designate Plaintiff as Vexatious Litigant and to Require Posting of Security, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant BREP's Motion to Designate Plaintiff as Vexatious Litigant and to Require Posting of Security is hereby GRANTED

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is hereby designated as a vexatious litigant under Tex. Civ. Prac. & Rem. Code § 11.054.

~~IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff furnish security in the amount of ____________ within 10 days of the date of the hearing on this Motion.~~

~~IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this lawsuit shall be dismissed if Plaintiff fails to post the aforementioned security within 10 days of the date of the hearing on this Motion.~~

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Lakeisha Edmond is prohibited from filing, pro se, any new litigation in a Texas State District Court without permission of the appropriate local administrative judge as described by Texas Civil Practice & Remedies Code Section 11.102(a).



Signed the 9 day of June, 2022.

Presiding Judge



EXHIBIT

817-877-5002

EXECUTED
CONSTABLES RETURN

LAKESHIA EDMOND VS WOODFOREST NATIONAL BANK
CAUSE # 60CV182642

Came to hand on the 12th day of December, 2019, at 10:08, o'clock AM.

Executed at 8520 N. BEACH STREET, KELLER, TX, 76248, within the County of Tarrant, State of Texas, at 1:30, o'clock PM, on the 16th day of December, 2019 by delivering to the within named:

WOODFOREST NATIONAL BANK BY SERVING ROXANNA GONZALEZ, AS BRANCH MANAGER
(REF# 3100137-7)

Each, in person, a true copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first endorsed on same the date of delivery.

TOTAL FEE: $75

Dale Clark, Constable
Precinct 1
Tarrant County, Texas

By: ____________
DEPUTY RON WOOTEN

Subscribed and sworn to before me on the 16th day of December, 2019, to certify which witness my hand and official seal.

Notary Public in and for Tarrant County, Texas state. My Commission expires May 5, 2020.

Uimatiua Smile Nua
Notary ID 12650895-8
My Commission Expires
May 5, 2020

____________
Notary Public's signature

Exhibit D

CAUSE No. 067-332970-22

| | | |
|---|---|---|
| LAKESHIA R. EDMOND | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 67TH DISTRICT COURT |
| | § | |
| IHG, et.al. | § | TARRANT COUNTY, TEXAS |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day came before the Court the Court's Motion to Dismiss for Want of Prosecution. Plaintiff failed to appear and filed no motion or response requesting that the Court maintain this case on the Court's docket. There is good cause for the Court to dismiss this case. Therefore,

IT IS ORDERED, ADJUDGED and DECREED that Cause No. 067-332970-22, styled Lakeshia R. Edmond vs. IHG, et.al. is DISMISSED WITHOUT PREJUDICE FOR WANT OF PROSECUTION.

SIGNED June 30, 2022.

Donald J Cosby

Donald J. Cosby
Presiding Judge

Texas USA
IDENTIFICATION CARD
IDENTIFICATION CARD
4d. ID: 41149072
4b. Exp: 11/29/2028
3. DOB: 11/29/1979
4a. Iss: 11/25/2022
1. EDMOND
2. LAKESHIA RASHAWN
8. 11604 GLORIOSA DR
FORT WORTH, TX 76244
16. Hgt: 5'-06"
15. Sex: F
18. Eyes: BRO
5. DD: 14629281116235760132

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** L-Keshia Edmond, et al, Special Agent Dennis Edmond

**DEFENDANTS** Waddell, Serafino

(b) County of Residence of First Listed Plaintiff Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)* Winstead PC Law firm

Attorneys *(If Known)* self

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [X] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [X] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: L-Keshia Edmond vs Waddell Serafino

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______