UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JAMES MURRY, ET AL.,

   Plaintiffs,

v.                                                 No. 4:23-cv-00683-P-BJ

WADDELL SERAFINO, ET AL.,

   Defendants.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 24. No timely objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that Plaintiff's case is hereby **DISMISSED with prejudice**.

The Court also **ORDERS** that Plaintiff Lakisha Edmond be declared a vexatious litigant and **ORDERS** that Plaintiff Lakisha Edmond be required to seek leave of court by motion before she is permitted to file any additional complaints in this district.

**SO ORDERED** on this **4th day of October 2023.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE